UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT McINTYRE,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　Defendants. | Case No. 2:20-cv-00848-GMN-NJK<br><br>**ORDER** |

On June 29, 2021, the Office of the Attorney General of the State of Nevada notified the Court that it could not enter a limited appearance on behalf of the only defendant, Ted Hanf, as the Office had not received a request for representation. Docket No. 7. The notice further indicated that multiple attempts had been made to contact Defendant Hanf, and that further efforts would be made. *Id*. The Court will provide additional time for the Attorney General to obtain a request for representation from the defendant.

Accordingly, for the foregoing reasons,

IT IS ORDERED that the Attorney General's Office will advise the Court not later than **Friday, August 13, 2021,** whether it will enter a limited notice of appearance on behalf of Defendant for the purpose of settlement. No defenses or objections, including lack of service, will be waived as a result of the filing of the limited notice of appearance.

DATED: July 14, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge