# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MCINTYRE,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>                        Defendants. | Case No. 2:20-cv-00848-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is Defendant's motion to reschedule the inmate early mediation. Docket No. 11. For good cause shown, that motion is **GRANTED** and the mediation is **CONTINUED** to **11:15 a.m. on September 10, 2021**. The Court's previous order establishing the requirements for the inmate early mediation (Docket No. 10) continues to govern except as modified herein.

Should the parties need to supplement their briefs or email address for the remote mediation, their supplement(s) must be received **no later than 4:00 p.m. on September 3, 2021**.

Moreover, the Court extends the stay until three days after the scheduled IEM, currently set for September 10, 2021. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

**IT IS SO ORDERED.**

DATED: July 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge