# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MCINTYRE,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00848-GMN-NJK<br><br>**ORDER** |

    It appears that Plaintiff has been paroled, but has failed to update his address properly with the Court. *See* Docket Nos. 46-48.[1] "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

    Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address by June 27, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

---

[1] Plaintiff indicated that he would be moving to New Hope placement housing, but did not provide an actual address. Docket No. 46. Plaintiff did provide an alternate "family" address, which the Court will use herein in an attempt to reach Plaintiff.

1

The Clerk's Office is **INSTRUCTED** to mail a copy of this order to:

Dwight McIntyre
1711 Rawhide Street, #146
Las Vegas, NV 89119

IT IS SO ORDERED.

Dated: June 6, 2022

                                                                         _____
                                                                          Nancy J. Koppe
                                                                          United States Magistrate Judge