UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT MCINTYRE,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-00848-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 52] |

In light of the filing of a notice of changed address, Docket No. 56, the order to show cause at Docket No. 52 is **DISCHARGED**. Plaintiff is cautioned moving forward that the Court expects strict compliance with all governing rules and orders.

As already ordered, the settlement conference will take place at 1:00 p.m. on August 31, 2022. Settlement statements must be delivered by 3:00 p.m. on August 24, 2022. <u>Plaintiff's settlement statement must identify whether he will appear for the settlement conference by telephone or by video. If Plaintiff plans to appear by telephone, he must provide a phone number at which he can be reached for the entirety of the settlement conference. If Plaintiff plans to appear by video, he must provide an email address at which the video appearance instructions can be sent.</u>[1]

IT IS SO ORDERED.

Dated: August 22, 2022

                                                          Nancy J. Koppe<br>
                                                          United States Magistrate Judge

---

[1] A video appearance will require Internet access and an electronic device through which Plaintiff can appear.